UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA MORGAN<br>    v.<br>ISS FACILITY SERVICES, INC.,<br>THE BUCCINI/POLLIN GROUP, INC. and<br>BPG REAL ESTATE SERVICES, LLC. | Civil Action No. |

## NOTICE OF REMOVAL

Defendants, The Buccini/Pollin Group, Inc. and BPG Real Estate Services, LLC, by and through their attorneys, Campbell, Lipski & Dochney, hereby remove this action pursuant to 28 U.S.C. §1441(b) based upon jurisdiction pursuant to 28 USCA §1332 and in support thereof avers the following:

1.    On November 5, 2014, Plaintiff, Sheila Morgan, commenced an action in the Court of Common Pleas of Philadelphia County, Pennsylvania by way of Writ of Summons docketed at November Term 2014, No. 00454. A true and correct copy of the Writ of Summons is attached hereto as Exhibit "A".

2.    On November 12, 2014, Defendant, The Buccini/Pollin Group, Inc., was served via certified mail, return receipt requested, with the Writ of Summons at its address of 322 A Street, Suite 300, Wilmington, DE 19801.

3.    On November 12, 2014, Defendant, BPG Real Estate Services, LLC, was served via certified mail, return receipt requested, with the Writ of Summons at its address of 322 A Street, Suite 300, Wilmington, DE 19801.

4.  On November 12, 2014, Defendant, ISS Facility Services, Inc., was served via certified mail, return, receipt, requested with the Writ of Summons at its address of 1019 Central Parkway North, Suite 100, San Antonio, TX 78232.

5.  Plaintiff is a citizen and resident of the state of Pennsylvania, residing at 1115 Avenue of the States, Apartment 409, Chester, Pennsylvania. (Exhibit "A").

6.  Defendants, The Buccini/Pollin Group and BPG Real Estate Services, LLC, are Delaware corporations licensed and existing at their principal place of business located at 322 A Street, Suite 300, Wilmington, Delaware.

7.  Defendant, ISS Facility Services, Inc., is a Texas Corporation licensed and existing at its principal place of business located at 1019 Central Parkway North, Suite 100, San Antonio, Texas.

8.  Plaintiff seeks compensation for personal injuries allegedly resulting from an incident that allegedly occurred on/about January 10, 2013 when Plaintiff Sheila Morgan while working as a security guard at or about the premises of the Wharf at Riverton, 2501 Seaport Drive, Chester, PA, slipped and fell.

9.  Plaintiffs' Writ of Summons claims that compensatory damages will be in excess of fifty thousand dollars ($50,000.00). (Exhibit "A" – without admission thereto).

10. Based upon the averments in Plaintiffs' Writ and accompanying documents, the damages recoverable exceed the sum of $75,000.00 exclusive of interests and costs.

11. This matter is removable pursuant to 28 U.S.C.A. §1441(b) as there is complete diversity of citizenship between the parties. Plaintiff is a citizen of the state of Pennsylvania. Defendants, Buccini/Pollin Group, Inc. and BPG Real Estate Services, LLC are Delaware

corporations licensed and existing at their principal place of business in the State of Delaware and, Defendant, ISS Facility Services, Inc. is a Texas corporation licensed and existing at its principal place of business in the State of Texas.

12. The removal of this matter from state to federal court is proper under 28 U.S.C.A. §1446 where the initial filing sets forth the claim for relief upon which the action is based and where the Writ of Summons was filed and served upon Defendants less than thirty (30) days prior to the date this Notice of Removal was filed.

13. Counsel for Defendant, ISS Facility Services, Inc. has no objection to the removal of this matter to Federal Court (See attached affidavit of consent) (Exhibit B).

14. The named Defendants Buccini/Pollin Group and BPG Real Estate Services, LLC are represented by the undersigned. The named Defendant, ISS Facility Services, Inc. is represented by Mark T. Riley, Esquire of Marshall, Dennehey, Warner, Coleman and Goggin.

WHEREFORE, notice is hereby given of removal of the above matter from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

ROBERT J. SIEGEL, ESQUIRE
Attorney I.D. 46717
CAMPBELL, LIPSKI & DOCHNEY
2000 Market Street – Suite 1100
Philadelphia, PA 19103
(215) 861-6700
Attorney for Defendants, The Buccini/Pollin Group, Inc.
and BPG Real Estate Services, LLC

Dated: Dec 11, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA MORGAN<br>  v.<br>ISS FACILITY SERVICES, INC.,<br>THE BUCCINI/POLLIN GROUP, INC. and<br>BPG REAL ESTATE SERVICES, LLC. | **Civil Action No.** |

## CERTIFICATE OF SERVICE

I, Robert J. Siegel, Esquire, hereby certify that a true and correct copy of the within Notice of Removal of Defendants The Buccini/Pollin Group, Inc. and BPG Real Estate Services, LLC, was served on all counsel of record at the below addresses on December 11, 2014 via facsimile:

Jay Lawrence Fulmer, Esquire
Law Offices of Jay Lawrence Fulmer
1628 JFK Blvd., Suite 1000
8 Penn Center
Philadelphia, PA 19103-2125

Mark T. Reilly, Esquire
Marshall Dennehey
620 Freedom Business Center, Suite 300
King of Prussia, PA  19406

_____
Robert J. Siegel, Esquire

## **VERIFICATION**

Robert J. Siegel, Esquire, hereby states that he is the attorney of record Defendants, The Buccini/Pollin Group, Inc. and BPG Real Estate Services, LLC, in this action and verifies that statements made in the foregoing Notice of Removal are true and correct to the best of his knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsification to authorities.

_____
Robert J. Siegel, Esquire

# EXHIBIT 'A'

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**NOVEMBER 2014**

E-Filing Number: 1411007282

**000454**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| SHEILA MORGAN | ISS FACILITY SERVICES, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1115 AVENUE OF THE STATES<br>CHESTER PA 19013 | 1019 CENTRAL PKWY NORTH STE 100<br>SAN ANTONIO TX 78232 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | BUCCINI/POLLIN GROUP, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 322 A STREET SUITE 300<br>WILMINGTON DE 19801 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | BPG REAL ESTATE SERVICES LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 322 A STREET SUITE 300<br>WILMINGTON DE 19801 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration  ☐ Mass Tort  ☐ Commerce  ☐ Settlement<br>☐ Jury  ☐ Savings Action  ☐ Minor Court Appeal  ☐ Minors<br>☒ Non-Jury  ☐ Petition  ☐ Statutory Appeals  ☐ W/D/Survival<br>☐ Other: |

**CASE TYPE AND CODE**
2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
NOV 05 2014
D. SAVAGE

IS CASE SUBJECT TO COORDINATION ORDER?
YES    NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SHEILA  MORGAN

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JAY LAWRENCE FULMER | 1628 JFK BLVD., SUITE 1000<br>8 PENN CENTER<br>PHILADELPHIA PA 19103-2125 |
| PHONE NUMBER: (215)568-7200     FAX NUMBER: (215)751-9739 | |
| SUPREME COURT IDENTIFICATION NO.: 24588 | E-MAIL ADDRESS: jay.fulmer@gmail.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY: JAY LAWRENCE FULMER | DATE SUBMITTED: Wednesday, November 05, 2014, 02:12 pm |

FINAL COPY (Approved by the Prothonotary Clerk)




    \*   **MAJOR CASE / NON-JURY**
    \*   **ASSESSMENT OF DAMAGES**
          **HEARING IS REQUIRED**

**Law Offices**
**JAY LAWRENCE FULMER**
e-mail: jay.fulmer@gmail.com
Identification No. 24588
1628 JFK Blvd., Suite 1000, 8 Penn Center
Philadelphia, PA  19103-2125
215-568-7200 / Fax: 215-751-9739

**Attorney for Plaintiff,**
**SHEILA MORGAN**

---

**SHEILA MORGAN**
1115 AVENUE OF THE STATES
APT. 409
CHESTER, PA  19013

**COURT OF COMMON PLEAS**
**PHILADELPHIA COUNTY**

*vs.*

_____ **TERM, 2014**

**ISS FACILITY SERVICES, INC.**
1019 CENTRAL PKWY NORTH
STE 100
SAN ANTONIO TX 78232-5027

**NO.** _____

and

**THE BUCCINI/POLLIN GROUP, INC.**
322 A STREET
SUITE 300
WILMINGTON, DE 19801

and

**BPG REAL ESTATE SERVICES LLC**
322 A STREET
SUITE 300
WILMINGTON, DE 19801

# Praecipe to Issue
# Writ of Summons in Civil Action

[        **PERSONAL INJURY**                    ]
[   **CODE  2S -- PREMISES LIABILITY**         ]


**TO THE PROTHONOTARY / OFFICE OF JUDICIAL RECORDS:**

Kindly issue Writ of Summons - Civil Action to:

**ISS FACILITY SERVICES, INC.**

**THE BUCCINI/POLLIN GROUP, INC.**

**BPG REAL ESTATE SERVICES LLC**

the Defendant(s) in the above captioned matter.


*Respectfully submitted,*

*I hereby certify pursuant to Pa.R.C.P. 205.4 that a hard copy hereof was properly signed and, where applicable, verified.   /s/ JLF*

_____
**JAY LAWRENCE FULMER, ESQUIRE**
**ATTORNEY FOR PLAINTIFF,**
**SHEILA MORGAN**

DATE: **NOVEMBER 5, 2014**

Case ID: 141100454

C.P.97

# Commonwealth of Pennsylvania

SUMMONS
*CITACION*

CITY AND COUNTY OF PHILADELPHIA

COURT OF COMMON PLEAS

No. _____

**SHEILA MORGAN**

vs.

**ISS FACILITY SERVICES, INC., and
THE BUCCINI/POLLIN GROUP, INC. and
BPG REAL ESTATE SERVICES LLC**

To[(1)]

**ISS FACILITY SERVICES, INC., and
THE BUCCINI/POLLIN GROUP, INC. and
BPG REAL ESTATE SERVICES LLC**

You are notified that the Plaintiff[(2)]
*Usted esta avisado que el demandante*[(2)]

**SHEILA MORGAN**

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*





JOSEPH H. EVERS
*Prothonotary*

By _____

141100454
05 NOV 2014 02:12 pm
D. SAVAGE

Date   NOVEMBER 5, 2014

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

Case ID: 141100454

10-208 (Rev. 6/00)

COURT OF COMMON PLEAS

_____ Term, 20 _14_  No. _____

SHEILA MORGAN

vs.

ISS FACILITY SERVICES, INC., and
THE BUCCINI/POLLIN GROUP, INC. and
BPG REAL ESTATE SERVICES LLC

SUMMONS

Case ID: 141100454

# EXHIBIT 'B'

26/2834594.v1 30008-857
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
BY:    Mark T. Riley, Esquire
Identification No.: 49427
620 Freedom Business Center, Suite 300
King of Prussia, PA  19406
(610) 354-8250
(610) 354-8299 - fax
mtriley@mdwcg.com

Attorneys for Defendant ISS Facilities Services, Inc.

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA
CIVIL ACTION - LAW

| | |
|---|---|
| SHEILA MORGAN | |
| | NOVEMBER TERM, 2014 |
| v. | |
| | |
| ISS FACILITY SERVICES, INC. and | NO. 454 |
| THE BUCCINI/POLLIN GROUP, INC. and | |
| BPG REAL ESTATE SERVICES LLC | |

### AFFIDAVIT OF CONSENT

I, MARK T. RILEY, ESQUIRE, am counsel for Defendant ISS Facility Services, Inc. in the above matter. I have reviewed the Notice of Removal of Co-Defendant, the Buccino/Pollin Group, Inc. and BPG Real Estate Services, LLC. I have no objection to the removal of this matter to Federal Court.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

_____
MARK T. RILEY, ESQUIRE
Attorney for Defendant

Date: